UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN CHENENSKY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE CO., NEW YORK LIFE INSURANCE AND ANNUITY CORP., NY LIFE INSURANCE CO. OF ARIZONA, JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations).<br><br>Defendants. | Civil Action No. 07 cv 11504<br><br>*Electronically Filed* |

## NOTICE OF APPEARANCE

Please enter the appearance of Sean P. Lynch, of the law firm of Morgan, Lewis & Bockius LLP, as counsel for Defendants New York Life Insurance Company, New York Life Insurance and Annuity Corporation, and NYLIFE Insurance Company of Arizona, in the above-captioned matter.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Dated: March 6, 2008

By: s/ Sean P. Lynch
    Sean P. Lynch (SL 9968)
    502 Carnegie Center
    Princeton, New Jersey 08540
    Phone (609) 919-6600
    Fax (609) 919-6701

*Attorneys for Defendants*
New York Life Insurance Company, New York Life Insurance and Annuity Corporation, and NYLIFE Insurance Company of Arizona

1-PR/1370939.1