UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

                                 Plaintiff,

       -against-                                07 CIVIL 11504  ( WHP )

                                 Defendant.
------------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Sean P. Lynch__

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __SL 9968__

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: __Saul Ewing LLP__

    To: __Morgan Lewis & Bockius LLP__

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[X] *Address:* __502 Carnegie Center, Princeton, NJ 08540__

[X] *Telephone Number:* __(609) 919 - 6611__

[X] *Fax Number:* __(609) 919 - 6701__

[X] *E-Mail Address:* __slynch@morganlewis.com__

Dated: __2/29/08__                           /s/ Sean P. Lynch