**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRIAN CHENENSKY, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW YORK LIFE INSURANCE CO., NEW YORK LIFE INSURANCE AND ANNUITY CORP., NY LIFE INSURANCE CO. OF ARIZONA, JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations).<br><br>        Defendants. | Civil Action No. 07 cv 11504<br><br><br><br><br>*Electronically Filed* |

**RULE 7.1 DISCLOSURE STATEMENT**
**OF DEFENDANTS NEW YORK LIFE INSURANCE COMPANY,**
**NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION AND**
**NYLIFE INSURANCE COMPANY OF ARIZONA**

Pursuant to Federal Rule of Civil Procedure 7.1, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendants New York Life Insurance Company, New York Life Insurance and Annuity Corporation and NYLIFE Insurance Company of Arizona, certify that New York Life Insurance and Annuity Corporation and NYLIFE Insurance Company of Arizona are wholly-owned subsidiaries of New York Life Insurance Company. New York Life Insurance Company is a mutual insurance company with no stock or shareholders. Accordingly, there is no parent corporation or publicly held corporation that owns ten percent (10%) or more of New York Life Insurance Company's stock.

Dated: March 6, 2008                    Respectfully submitted,

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By: s/Sean P. Lynch
                                            Sean P. Lynch
                                            Richard G. Rosenblatt
                                            502 Carnegie Center
                                            Princeton, New Jersey 08540
                                            Phone: (609) 919-6600
                                            Fax: (609) 919-6701
                                            slynch@morganlewis.com
                                            rrosenblatt@morganlewis.com

                                            and

                                            Michael L. Banks, Esq.
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            1701 Market Street
                                            Philadelphia, Pennsylvania 19103
                                            Phone:  (215) 963-5387
                                            Fax:  (215) 963-5001
                                            mbanks@morganlewis.com

                                            Attorneys for Defendants New York Life
                                            Insurance Company, New York Life Insurance
                                            and Annuity Corporation and NYLIFE
                                            Insurance Company of Arizona