UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

BRIAN CHENENSKY, individually, and on behalf of all others similarly situated,

        Plaintiff,

v.

NEW YORK LIFE INSURANCE CO., NEW YORK LIFE INSURANCE AND ANNUITY CORP., NY LIFE INSURANCE CO. OF ARIZONA, JOHN DOES 1-50 (said names being fictitious individuals), and ABC CORPORATIONS 1-50 (said names being fictitious companies, partnerships, joint ventures and/or corporations).

        Defendants.

Civil Action No. 07 cv 11504

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Sean P. Lynch of Morgan Lewis & Bockius LLP, attorneys for Defendants New York Life Insurance Company, New York Life Insurance and Annuity Corporation and NYLIFE Insurance Company of Arizona, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that,

| | | |
|---|---|---|
| Richard G. Rosenblatt, Esq.<br>Morgan Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, New Jersey 08540<br>Phone: (609) 919-6609<br>Fax: (609) 919-6701 | and | Michael L. Banks, Esq.<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103<br>Phone: (215) 963-5387<br>Fax: (215) 963-5001 |

are admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. Counsel shall immediately apply for an Electronic Case Filing (ECF) password at nysd.uscourts.gov. Counsel shall forward the applicable pro hac vice fees to the Clerk of the Court.

Dated: March 28, 2008
New York, New York

_____
Honorable William H. Pauley, U.S.D.J.