UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
BRIAN CHENENSKY,                                    :
individually and on behalf of all others
similarly situated,                                 :

                        Plaintiff,          :      07 Civ. 11504 (WHP)

        -against-                                :      <u>ORDER</u>

NEW YORK LIFE INSURANCE                             :
COMPANY et al.,
                                              :
                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       A status conference shall be held September 19, 2008 at 10:30 a.m.

Dated: April 4, 2008
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

*Counsel of record:*

John Halebian, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
*Counsel for Plaintiff*

Richard G. Rosenblatt, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
*Counsel for Defendants*