USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BRIAN CHENENSKY,                              :
individually and on behalf of all others
similarly situated,                           :
                                                  :      07 Civ. 11504 (WHP)

                    Plaintiff,     :       SCHEDULING ORDER

          -against-                     :

NEW YORK LIFE INSURANCE                       :
COMPANY et al.,
                                                  :

                    Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        A conference shall be held July 16, 2008 at 1:45 p.m. to address the parties' reported discovery dispute.

Dated: July 9, 2008
       New York, New York

                                          SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

*Counsel of record:*

John Halebian, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
*Counsel for Plaintiff*

Richard G. Rosenblatt, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
*Counsel for Defendants*