# LOVELL STEWART HALEBIAN LLP
ATTORNEYS AT LAW
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110
www.lshllp.com

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4677

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

**JOHN HALEBIAN**
DIRECT TELEPHONE (212) 981-6760
DIRECT TELECOPIER (212) 208-6806
E-MAIL jhalebian@lshllp.com

July 11, 2008

**BY HAND**

The Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2210
New York, NY 10007-1312

Re:  *Chenensky v. New York Life Insurance Co. et al.*, 07 Civ. 11504 (WHP)

Dear Judge Pauley:

We represent the plaintiff in the captioned action and write with the consent of defendants to respectfully request the Court to adjourn the conference scheduled to address the parties' discovery dispute on Wednesday, July 16, 2008, at 1:45 p.m. Adjournment is sought because plaintiff's counsel John Halebian is scheduled to participate in a mediation in Chicago, Illinois all day on July 16. The parties respectfully suggest an adjournment until the next day, Thursday, July 17, at any time other than 12-1 p.m., or alternatively, the parties can be available any time on Friday, July 25, or any time after 3 p.m. on either Wednesday or Thursday, July 23 or 24. No prior adjournments have been requested of this conference, which was scheduled by the Court yesterday.

Respectfully submitted,

John Halebian

cc  Richard G. Rosenblatt, Esq. (by e-mail)
    Sean Lynch, Esq. (by e-mail)

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
7/18/08

The conference is adjourned to July 24, 2008 at 4:45 p.m.