UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
BRIAN CHENENSKY,                           :
individually and on behalf of all others
similarly situated,                              :
                                                          07 Civ. 11504 (WHP)
                   Plaintiff,              :
                                                          <u>SCHEDULING ORDER</u>
         -against-                          :

NEW YORK LIFE INSURANCE         :
COMPANY et al.,
                                                :
                   Defendant.
----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

WILLIAM H. PAULEY III, District Judge:

        The parties shall complete the initial phase of fact discovery by October 31, 2008.

The status conference is adjourned to November 21, 2008 at 11:00 a.m.

Dated: July 28, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                   U.S.D.J.

*Counsel of record:*

John Halebian, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
*Counsel for Plaintiff*

Richard G. Rosenblatt, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
*Counsel for Defendants*

-1-