UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN CHENENSKY, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>NEW YORK LIFE INSURANCE CO., NEW YORK LIFE INSURANCE AND ANNUITY CORP., NY LIFE INSURANCE CO. OF ARIZONA,<br><br>            Defendants. | 1:07-cv-11504 (WHP)<br><br>*Electronically Filed*<br><br>**DEFENDANTS' NOTICE OF MOTION TO DENY CLASS CERTIFICATION AND STRIKE CLASS ALLEGATIONS** |

TO:    John Halebian, Esq.
         Lovell Stewart Halebian, LLP
         317 Madison Avenue, 21st Floor
         New York, NY 10017
         *Counsel for Plaintiff*

       PLEASE TAKE NOTICE that on December 2, 2010 at 11 a.m. Defendants New York Life Insurance Company, New York Life Insurance and Annuity Corporation and NYLIFE Insurance Company of Arizona (collectively "Defendants"), will move in the United States District Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, before the Honorable William H. Pauley, for an Order granting Defendants' Motion for Deny Class Certification and Strike Class Allegations;

       PLEASE TAKE FURTHER NOTICE that, in support of this motion, Defendants will rely upon: (1) the accompanying Memorandum of Law in Support of Defendants' Motion to Deny Class Certification and Strike Class Allegations; and (2) the Declaration of Sean P. Lynch

in Support of Defendants' Motion to Deny Class Certification and Strike Class Allegations, and the exhibits attached thereto.

          Respectfully submitted,

          **NEW YORK LIFE INSURANCE CO., NEW YORK LIFE INSURANCE AND ANNUITY CORP. and NY LIFE INSURANCE CO. OF ARIZONA**

          By:   s/ Sean P. Lynch
              Richard G. Rosenblatt (pro hac vice)
              Sean P. Lynch
              MORGAN, LEWIS & BOCKIUS LLP
              502 Carnegie Center
              Princeton, New Jersey 08540
              Phone: (609) 919-6600
              Fax: (609) 919-6701
              rrosenblatt@morganlewis.com
              slynch@morganlewis.com

          and

          Michael L. Banks (pro hac vice)
          MORGAN LEWIS & BOCKIUS LLP
          1701 Market Street
          Philadelphia, Pennsylvania 19103
          Phone (215) 963-5387
          Fax (215) 963-5001
          mbanks@morganlewis.com

Dated: September 27, 2010